UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20367-CR-MOORE

UNITED STATES OF AMERICA

vs.

RUBY NELSON ESCUDERO,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Defendant Ruby Nelson Escudero ("Defendant") agree that had this case proceeded to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida.

On or about June 16, 2021, the Defendant arrived in Miami, Florida, from Panama, carrying cellular phones and other electronic devices. The Defendant presented his devices for inspection at the airport and federal authorities found that they contained child pornography, some of which depicted prepubescent minors who were under twelve years old. Federal authorities further inspected the Defendant's devices and found that, on or about September 1, 2018, the Defendant, while he was in the United States, had knowingly sent child pornography through an internet-based messenger application.

Federal law enforcement continued its review of the Defendant's electronic devices and found a photograph, knowingly taken by the Defendant on or about December 23, 2016, which depicted a pre-pubescent minor who was under twelve years old touching the Defendant's penis. Law enforcement identified and conducted an interview with the minor depicted in the picture, and the minor confirmed that the picture was taken outside the United States. The Defendant

knew that the electronic devices contained the child pornography discussed above. These devices were as follows: Samsung Galaxy Note 3 (serial # R38F106K98V); and iPhone X (serial # F2LX61N1JCL7).

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit that it is sufficient to prove beyond a reasonable doubt a violation overseas production of child pornography, in violation of Title 18, United States Code, Section 2251(c)(2)(B) and (e); transporting child pornography, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1); distribution of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1); and possessing child pornography, in violation of Title 18, United States, Code, Sections 2252(a)(4)(B) and (b)(2), as charged in the Superseding Indictment.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 3/23/22   By: _____
JONATHAN R. BAILYN
ASSISTANT UNITED STATES ATTORNEY

Date: 3/23/22   By: _____
ELIZABETH BLAIR
ATTORNEY FOR DEFENDANT

Date: 3/23/22   By: _____
RUBY NELSON ESCUDERO
DEFENDANT